UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUDA BLAJEI,                                 Case No. 11-13269

       Plaintiff,                         SENIOR U.S. DISTRICT JUDGE
v.                                          ARTHUR J. TARNOW

COMMISSIONER OF SOCIAL               UNITED STATES MAGISTRATE JUDGE
SECURITY,                                   LAURIE MICHELSON

       Defendant.
_____/

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13],

## GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11],

## DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12], AND REMANDING CASE

On June 18, 2012, Magistrate Judge Michaelson issued a Report and Recommendation [13] that Plaintiff's Motion for Summary Judgment [11] be granted in part, that Defendant's Motion for Summary Judgment [12] be denied, and that the case be remanded.

No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **GRANTED IN PART**.

**IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [12] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is remanded for further proceedings.

**SO ORDERED**.

                            s/Arthur J. Tarnow
                            ARTHUR J. TARNOW
Dated: July 24, 2012              SENIOR U.S. DISTRICT JUDGE