UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUDA BLAJEI,

        Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

Case No. 11-13269

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

UNITED STATES MAGISTRATE JUDGE
LAURIE MICHELSON

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13],**

**GRANTING IN PART PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [11],**

**DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [12], AND REMANDING CASE**

On June 18, 2012, Magistrate Judge Michaelson issued a Report and Recommendation [13] that Plaintiff's Motion for Summary Judgment [11] be granted in part, that Defendant's Motion for Summary Judgment [12] be denied, and that the case be remanded.

No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

    **IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [11] is **GRANTED IN PART**.

    **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment [12] is **DENIED**.

    **IT IS FURTHER ORDERED** that this matter is remanded for further proceedings.

    **SO ORDERED**.

Dated: July 24, 2012

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE